March 30, 2020

VIA EMAIL

United States Marshal Service
District of New Mexico-Albuquerque

Re:     Request of CoreCivic, Inc.

On behalf of CoreCivic, Inc. ("CoreCivic"), I write in response to a request seeking information regarding CoreCivic's plans and procedures to prepare for and prevent the spread of novel coronavirus (COVID-19) among detainees, including those housed at the Cibola County Correctional Center. As a company that has partnered with the U.S. government for more than 30 years, CoreCivic is committed to assisting your inquiry and protecting the health and safety of its employees, the people entrusted to its care at each of its facilities, and the surrounding communities.

As such, in response to the COVID-19 pandemic, CoreCivic has implemented several additional precautionary and preventative actions to diminish its potential impact on the facility, its staff, and the detainees entrusted to its care. Such steps include, recommended actions from the Centers for Disease and Control and the New Mexico Department of Health. In addition to those helpful recommendations, the facility has implemented additional measures based on pragmatic and proactive preventative action, such as, but not limited to;

- Monitoring all persons entering the facility for signs/symptoms associated with COVID-19.

- Sanitizing transportation vehicles

- Instituting social distancing within the facility.

- Broadcasting information regarding enhanced hygiene techniques

- Providing Town Halls to disseminate new schedules and guidance

- Monitoring detainee symptoms, and increasing disinfectant procedures.

- Developing plans and additional precautions to handle staffing shortages should they arise during the COVID-19 pandemic.

In addition to the preventative measures, Cibola County Correctional Center is prepared to manage, any cases of COVID-19. The medical unit at Cibola County Correctional Center includes state-of-the-art equipment and two negative pressure rooms to assist in managing infectious diseases.

Beyond the steps taken at Cibola County Correctional Center. CoreCivic has taken additional company-wide steps with respect to COVID-19, including implementing a Coronavirus Medical Action Plan for each of our facilities; educating facility staff and inmates about the

**EXHIBIT 3**

symptoms of the disease and enhanced hygiene practices to prevent its spread; ordering test kits for COVID-19; strengthening the medical intake process to identify those at high risk of being infected with or contracting COVID-19; and planning for staffing (including food service and medical) and housing contingencies if any member of the facility population or staff is diagnosed with COVID-19.  CoreCivic has also created a website to communicate information about COVID-19.  In order to provide clear information to the families of those individuals who are detained in our facilities, this website lists the facilities where social visitation has been suspended at the request of federal, state, or local partners.  A link to the CoreCivic website for COVID-19 is available here: https://www.corecivic.com/en-us/information-on-covid-19.

In addition to carrying out the infectious disease program mandated by the policy and taking numerous actions company-wide, CoreCivic also has implemented the steps recommended by different government partners to address the COVID-19 pandemic.  CoreCivic is in frequent communication with its partners to adhere with guidance and institute new procedures to slow the spread of COVID-19.  CoreCivic, at its partner's direction, has taken a number of actions to reduce the spread of COVID-19 in facilities including suspending social visitation and instituting increased screening of detainees in line with CDC guidance.

CoreCivic is actively engaged with its federal, state, and local partners, as well as the relevant public health agencies, to monitor the spread of COVID-19 and implement any additional precautionary measures its partners choose to take to combat this disease.  We appreciate our conversations with your staff and please do not hesitate to contact us if you have any questions.

Sincerely,


Luis Rosa Jr., Warden

**EXHIBIT 3**

# COVID 19 Action Questionnaire

**Facility Name and Address:** Core Civic- Cibola County Correctional Center 200 Cibola Loop, Milan NM 87020

**Name and Title - Facility POC:** Don Douglas, H.S.A

**Is Medical care provided by ICE/IHSC, an IGSA or a Contract?** CoreCivic

1. Declarant Name and degrees/certifications: **Don Douglas, BA BS MGT**

2. Employment Title, date started, very brief work hx: **Health Services Administrator, December 2019, nursing duties, administrator duties**

3. Description of current duties - **In current position, I am the administrator, responsible supervisor of the medical, mental health, and dental departments**

4. Is each detainee screened for disabilities upon admission? **Yes**

    a. By whom? (medical professional, disability coordinator, etc) **Nursing staff**

    b. Are identified disabilities further evaluated and reasonable accommodations provided as medically appropriate? **Yes**

5. What medical intake screenings do intake detainees receive?

    a. During intake medical screenings, are detainees assessed for fever and respiratory illness? **Yes, immediately after disembarking the transportation vehicle.**

    b. Are they asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days? **Yes**

    c. Are they asked whether they have traveled from or through area(s) with sustained community transmission in the past two weeks? **Yes**

**EXHIBIT 3**

6. Will the detainee's responses and the results of these assessments dictate whether to monitor or isolate the detainee? **Yes**

    a. Will those detainees who present symptoms compatible with COVID-19 be placed in isolation, where they will be tested? **Yes**

    b. If testing is positive, will they remain isolated and treated? **Yes**

    c. In case of any clinical deterioration, will they be referred to a local hospital? **Yes**

7. In cases of known exposure to a person with confirmed COVID-19, are asymptomatic detainees placed in cohorts? **Yes**

    a. Are detainees diagnosed with any communicable disease who require isolation placed in an appropriate setting in accordance with CDC or state and local health department guidelines? **Yes**

8. What are the facilities medical capabilities?

    a. Does the facility hold male and female detainees? **USMS (M/F)/ICE (MALE)/Cibola County (M/F).**

    b. Do detainees have daily access to sick call in a clinical setting? **Yes**

    c. Does the facility have an infirmary? **No**

    d. Is there access to Specialty Care? **Yes**

    e. Is there access to Hospital Care? **Yes**

9. Is there COVID19 screening, testing, treatment? **Yes, symptom treatment**

10. Please provide COVID 19 data

**EXHIBIT 3**

    i. How many suspected cases of COVID-19 in the facility to date? **None.** How many are USMS detainees? **None**

    ii. Where are they housed and how is it addressed? **N/A**

    iii. How many confirmed cases of COVID-19? How many are USMS detainees? **None**

    iv. Where are they housed and how are they treated? **N/A**

11. Are USMS detainees in units separated from the inmate population? **Yes**

12. Does the facility have populations within its approved capacities? Is it overcrowded? **Yes, the facility has populations within approved capacities. It is not overcrowded.**

13. Has the facility increased sanitation frequency and thoroughness? Yes what is being done? **The facility has increased sanitation and frequency. In addition to normal processes, the facility is sanitizing all living spaces during counts and an on-going basis.**

14. What sanitation supplies are provided to staff and detainees? (disinfectants, hand sanitizer, soap, masks, etc) **Detainees have daily access to multiple approved cleaners to include disinfectant, soap, and PPE as required by the SDS and/or circumstance.**

15. Are social visits restricted and if so how? **Yes. The social visitation program is currently cancelled.**

16. Are legal visits restricted and if so how? **No access restrictions. Provisions are in place to provide additional protections to attorneys and clients.**

17. Are there other restrictions to implement social distancing such as gatherings, tours, etc? **Yes. Detainees are being encouraged to practice social distancing in their housing units. Gathering of five, or more**

EXHIBIT 3

**detainees, outside the units is discouraged. Formal programs have been cancelled pending further notice.**

18. Is the facility screening all staff, contractors, volunteers and vendors when they enter the facilities including body temperatures? **Yes**

19. Is the facility screening all detainee intakes when they enter the facilities including travel histories and possible confirmed cases of COVID 19 contact? **Yes**

20. Does the facility continue checking body temperatures in the detainee population and have procedures to continue monitoring the populations' health? **Temperatures are taken during sick call and provider appointments. If cohorted or isolated based on suspicion, temperatures will be taken at least 4 times per day.**

21. Does the facility provide education on COVID-19 to staff and detainees that includes symptom education, the importance of hand washing and hand hygiene, covering coughs with the elbow instead of with hands, and requesting to seek medical care if they feel ill? **Yes**

22. Has the facility identified housing units for the quarantine of patients who are suspected of or test positive for COVID-19 infection? **Yes**

23. Briefly, what other initiatives have been taken to address COVID 19? **Strict adherence to State Department of Health and CDC directives**.

**EXHIBIT 3**