IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 20 2023

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 19-3113 JB

TOMAS SANCHEZ,

    Defendant.

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS MATTER IS BEFORE THE COURT** on Defendant's *Motion for Early Termination of Supervised Release* ("Motion") filed on April 5, 2023 [Doc. 767]. The Court, having considered the Motion, noting it is unopposed by the United States Probation Office and the United States taking no position, and being otherwise fully advised in the premise:

The Court **FINDS** that the Motion is well-taken and will be **GRANTED**.

The Court specifically **FINDS**, pursuant to 18 U.S.C. § 3583(e)(1) and upon consideration of the factors set forth in 18 U.S.C. § 3553(a), that the Defendant has served more than one year of supervised release and is satisfied that such action is warranted by the Defendant's conduct and the interest of justice;

The Court further **FINDS** that since starting his term of supervised release, the Defendant has completed over 18 months of supervision and has fully complied with all terms of supervision. Defendant's conduct while under supervision, the interest of justice, and the need to efficiently utilize judicial resources, support Defendant's request for the early termination of his supervised release.

**IT IS THEREFORE ORDERED** that Defendant's Motion [Doc. 767] is **GRANTED**, and his term of supervised release shall be **TERMINATED** early, effective immediately.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Richelle Anderson*
RICHELLE ANDERSON
Counsel for Defendant

/s/ *Juan Vidal-Alvizo*
JUAN VIDAL-ALVIZO
United States Probation

Taking no position:

/s/ *Elaine Ramirez*
ELAINE RAMIREZ
Counsel for the United States